**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

DEC 0 6 2023

FOR THE DISTRICT OF NEW MEXICO

MITCHELL R. ELFERS
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. **23-1774 WJ** |
| | ) | |
| vs. | ) | Count 1: 18 U.S.C. § 2422(b): Coercion |
| | ) | and Enticement of a Minor; |
| **DUSTIN ROY ROCKMEN**, and | ) | |
| **KENZIE ROY ROCKMEN,** | ) | Count 2: 18 U.S.C. § 1470: Transfer of |
| | ) | Obscene Material to a Minor; |
| Defendants. | ) | |
| | ) | Count 3: 18 U.S.C. § 1466A(a)(1): |
| | ) | Distributions of Obscene Visual |
| | ) | Representations of the Sexual Abuse of a |
| | ) | Child; |
| | ) | |
| | ) | Count 4: 18 U.S.C. §§ 1153, 2243(a), and |
| | ) | 2246(2)(A): Sexual Abuse of a Minor; |
| | ) | |
| | ) | Count 5: 18 U.S.C. §§ 1153, 2242(1) and |
| | ) | 2246(2)(A): Sexual Abuse; |
| | ) | |
| | ) | Count 6: 18 U.S.C. §§ 2252A(a)(5)(B), |
| | ) | 2252A(b)(2), and 2256: Possession of |
| | ) | Child Pornography. |

INDICTMENT

The Grand Jury charges that:

Count 1

Between on or about February 1, 2021, and on or about April 1, 2021, in McKinley

County, in the District of New Mexico, and elsewhere, the defendants, **DUSTIN ROY**

**ROCKMEN** and **KENZIE ROY ROCKMEN**, using any facility of interstate and foreign

commerce, knowingly persuaded, induced, enticed and coerced, and attempted to knowingly

persuade, induce, entice, and coerce, Jane Doe, an individual who had not attained the age of 18

years to engage in any sexual activity for which any person could be charged with a criminal

offense.

In violation of 18 U.S.C. § 2422(b).

## Count 2

Between on or about February 1, 2021, and on or about April 1, 2021, in McKinley County, in the District of New Mexico, the defendants, **DUSTIN ROY ROCKMEN** and **KENZIE ROY ROCKMEN**, by means of interstate commerce, knowingly transferred, and knowingly attempted to transfer obscene matter, to Jane Doe, an individual who had not attained the age of 16 years, knowing that Jane Doe had not attained the age of 16 years.

In violation of 18 U.S.C. § 1470.

## Count 3

Between on or about October 16, 2020, and on or about April 1, 2021, in McKinley County, in the District of New Mexico, and elsewhere, the defendant, **DUSTIN ROY ROCKMEN**, did knowingly distribute an obscene visual depiction of a minor engaging in sexually explicit conduct and the visual depiction involved in the offense was produced using materials that have been mailed, and that have been shipped and transported in interstate and foreign commerce by any means, including by computer, and any means and instrumentality of interstate and foreign commerce was otherwise used in committing and in furtherance of the commission of the offense.

In violation of 18 U.S.C. § 1466A(a)(1).

## Count 4

Between on or about October 16, 2019, and on or about January 10, 2022, in Indian Country, in McKinley County, in the District of New Mexico, the defendants, **DUSTIN ROY ROCKMEN** and **KENZIE ROY ROCKMEN**, both Indians, unlawfully and knowingly

engaged in and attempted to engage in a sexual act with Jane Doe, a child who had attained the

age of 12 years, but had not attained the age of 16 years, and Jane Doe is at least four years

younger than each Defendant, and the sexual act consisted of contact between the penis of the

defendant and the vulva of Jane Doe, involving penetration, however slight, of Jane Doe's vulva.

In violation of 18 U.S.C. §§ 1153, 2243(a), and 2246(2)(A).

## Count 5

Between on or about October 16, 2019, and on or about January 10, 2022, in Indian

Country, in McKinley County, in the District of New Mexico, the defendants, **DUSTIN ROY**

**ROCKMEN** and **KENZIE ROY ROCKMEN**, both Indians, did knowingly cause Jane Doe to

engage in a sexual act, to wit, contact between the penis of the defendant and the vulva of Jane Doe,

involving penetration, however slight, of Jane Doe's vulva, and did so by threatening and placing

Jane Doe in fear.

In violation of 18 U.S.C. §§ 1153, 2242(1) and 2246(2)(A).

## Count 6

Between on or about October 16, 2020, and on or about April 1, 2021, in McKinley

County, in the District of New Mexico, and elsewhere, the defendant, **DUSTIN ROY**

**ROCKMEN**, knowingly possessed any material which contains child pornography, as defined

in 18 U.S.C. § 2256(8), that had been mailed, and shipped and transported using any means and

facility of interstate and foreign commerce, and had been shipped and transported in and

affecting interstate and foreign commerce by any means, including by computer, and was

produced using materials which had been mailed, shipped, and transported in and affecting

interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2), and 2256.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Nora Wilson

Assistant United States Attorney_____   12/05/23  11:37AM